IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| JAMES GHAISAR, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:18-cv-1296 |
| | ) |
| UNITED STATES OF AMERICA, ET AL., | ) |
| | ) |
| Defendants. | ) |

### ORDER

THIS MATTER comes before the Court on Defendant United States' Motion to Dismiss pursuant to Rule 12(b)(6) for failure to state a claim. In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant United States' Motion to Dismiss is GRANTED and claims I-V of Plaintiffs' complaint against the United States are DIMISSED without prejudice.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 30, 2019