**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| JAMES GHAISAR and KELARA GHAISAR, Personal Representatives and Co-Administrators of the Estate of BIJAN C. GHAISAR, Deceased<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 1:18-cv-1296 (CMH/IDD) |

**NOTICE OF HEARING**

Please take notice that on March 8, 2019 at 10:00 a.m., or as soon thereafter as counsel

may be heard, Plaintiffs, through undersigned counsel, will bring on for hearing their ex parte

motion for limited expedited discovery.

Dated: February 27, 2019                      Respectfully submitted,

<div style="margin-left:50%">

/s/ Thomas G. Connolly
Thomas G. Connolly (VA Bar No. 29164)
Roy L. Austin, Jr. (*for pro hac admission*)
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street NW, 8th Floor
Washington, D.C. 20036
Telephone: 202-730-1300
*tconnolly@hwglaw.com*
*raustin@hwglaw.com*

*Counsel for Plaintiffs*

</div>