# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| JAMES GHAISAR, *et al.*, | ) | Civil Action No. 1:19-cv-01296 (CMH/IDD) |
| Plaintiffs, | ) | |
| v. | ) | |
| ALEJANDRO AMAYA, *et al.*, | ) | |
| Defendants. | ) | |

## ALEJANDRO AMAYA'S MOTION TO EXTEND THE RESPONSE DATE FOR THE AMENDED COMPLAINT

Alejandro Amaya, through undersigned counsel and under Fed. R. Civ. P. 6(b), moves this Court to extend the time to respond to the Amended Complaint by 30 days to on or before June 27, 2019.

As detailed in the Memorandum of Law, there is good cause to extend the time to respond to the Amended Complaint because there is an ongoing criminal investigation. The Department of Justice is conducting an investigation concerning the allegations in the Amended Complaint.

A Proposed Order is attached. Undersigned counsel conferred with Plaintiffs' counsel on May 28, 2019. They oppose this Motion.

May 28, 2019                                  Respectfully submitted,

/s/ *John Hundley*
John Hundley (Va. Bar No. 36166)
LECLAIRRYAN

1

        2318 Mill Road, Suite 1100
        Alexandria, Virginia 22314
        (703) 647-5957 Direct
        john.hundley@leclairryan.com

        Kobie A. Flowers (*pro hac vice* pending*)*
        BROWN GOLDSTEIN LEVY, LLP
        1717 K Street, NW, Suite 900
        (202) 742-5969 Direct
        kflowers @browngold.com

        *Counsel for Alejandro Amaya*