**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | ) | |
|---|---|---|
| **JAMES GHAISAR**, *et al.*, | ) | Civil Action No. 1:19-cv-01296 (CMH/IDD) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **ALEJANDRO AMAYA**, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER**

Upon consideration of Alejandro Amaya's Motion to Extend the Time to Respond to the Amended Complaint by 30 days, and the record herein, it is on this _____ day of _____, 2019,

ORDERED, that the Motion is GRANTED, and it is further,

ORDERED, that Alejandro Amaya's Response is due on or before June 27, 2019.

_____
Claude M. Hilton
United States District Judge