IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JAMES GHAISAR et al., )
)
      Plaintiffs, )
)
v. ) Civil Action No. 1:18-cv-01296 (CMH/IDD)
)
ALEJANDRO AMAYA et al., )
)
      Defendants. )
)

## ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, and for good cause shown, it is hereby

**ORDERED** that Defendant Lucas Vinyard's Motion to Extend the Response Date for the Amended Complaint [Dkt. No. 31] and Defendant Alejandro Amaya's Motion to Extend the Response Date for the Amended Complaint [Dkt. No. 32] is **GRANTED**. Defendants' answer shall be due close of business from twenty (20) days of this Order. No further extensions shall be permitted absent a showing of extraordinary circumstances. If Defendants fail to file a responsive pleading in this time period, then the Court will require Defendants to show cause why they should not beheld in contempt.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 7th day of June 2019.

                                                                  /s/
                                               Ivan D. Davis
                                               United States Magistrate Judge

Alexandria, Virginia