**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| JAMES GHAISAR et al., | |
|     Plaintiffs, | Civil Action No. 1:18-cv-1296 (CMH/IDD) |
| v. | |
| Alejandro Amaya, et al., | |
|     Defendants. | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that, on March 6, 2020, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs, through undersigned counsel, will bring on for hearing their Motion for Issuance of Scheduling Order.

Dated: February 24, 2020

Respectfully submitted,

/s/ Thomas G. Connolly
Thomas G. Connolly (VA Bar No. 29164)
Roy L. Austin, Jr. (*pro hac vice*)
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street NW, 8th Floor
Washington, D.C. 20036
Telephone: 202-730-1300
*tconnolly@hwglaw.com*
*raustin@hwglaw.com*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2020, I caused a true and correct copy of the foregoing to be filed and served using the Court's CM/ECF system, with electronic notification of such filing to all counsel of record.

/s/ Thomas G. Connolly
Thomas G. Connolly (VA Bar No. 29164)
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street NW, 8th Floor
Washington, D.C. 20036
Telephone: 202-730-1300
*tconnolly@hwglaw.com*

*Counsel for Plaintiffs*