**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| JAMES GHAISAR, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 1:18-cv-01296 (CMH/IDD) |
| | : | |
| ALEJANDRO AMAYA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Notice is hereby given that, subject to approval by the court, Defendant Alejandro Amaya substitutes Daniel S. Crowley, Virginia Bar No. 76567, as counsel of record in place of John Hundley. Contact information for new counsel is as follows:

Daniel S. Crowley
HANNON LAW GROUP, LLP
333 8th Street, NE
Washington, D.C. 20002
Tel: (202) 232-1907
Fax: (202) 232-3704
Email: dcrowley@hannonlawgroup.com

Dated: April 13, 2020                                             Respectfully Submitted,

/s/ Daniel S. Crowley                                              /s/ John Hundley
Daniel S. Crowley                                                   John Hundley (VA Bar No. 36166)
Virginia Bar Number 79567                                 Ballard Spahr
HANNON LAW GROUP, LLP                            1909 K Street, NW, 12th Floor
333 8th Street NE                                                  Washington, DC 20006-1157
Washington, D.C. 20002                                      (202) 661-2200
Phone: 202-232-1907                                           john.hundley@leclairryan.com
Fax: 202-232-3704
dcrowley@hannonlawgroup.com                    Kobie A. Flowers (pro hac vice)
                                                                              BROWN GOLDSTEIN LEVY, LLP
                                                                              1717 K Street, NW, Suite 900
                                                                              Telephone: 202-742-5969
                                                                              kflowers@browngold.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all parties.

                */s/ Daniel S. Crowley*
Daniel S. Crowley
Virginia Bar Number 79567
HANNON LAW GROUP
333 8th Street NE
Washington, D.C. 20002
Phone: 202-232-1907
Fax: 202-232-3704
dcrowley@hannonlawgroup.com

*Attorneys for Defendants*